PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Jose Pablo Vargas-Castillo          Case Number: 1:20CR00069-001

Name of Sentencing Judicial Officer:  Honorable Lee Yeakel – US District Judge

Date of Original Sentence:  April 1, 2020

Original Offense: Illegal Re-entry into the United States; 8 U.S.C. § 1326

Original Sentence: Time served (56 days custody), followed by 3 years of supervised release

Type of Supervision:  Supervised Release           Date Supervision Commenced:  April 1, 2020

Assistant U. S. Attorney: Alan M. Buie        Defense Attorney: Charlotte Anne Herring (AFPD)

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

[X]  To issue a warrant                              [ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:**  "The defendant shall not commit another federal, state, or local crime."

**Violation of Standard Condition No. 17:** "If the defendant is excluded, deported or removed upon release on probation or supervised release, the term of supervised release shall be a non-reporting term of probation or supervised release.  The defendant shall not illegally re-enter the United States.  If the defendant lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

Jose Pablo Vargas-Castillo
Petition for Warrant for
Offender Under Supervision
Page 2

**Nature of Noncompliance**:  On April 1, 2020, Jose Pablo Vargas-Castillo was sentenced by United States District Judge Lee Yeakel to time served (56 days), followed by a three-year term of supervised release, for the offense of Illegal Re-entry into the United States. His term of supervised release began on April 1, 2020.  On April 3, 2020, the defendant was removed from the United States to Mexico.  On January 7, 2022, United States Border Patrol Agents encountered the defendant and five other individuals near Bracketville, Texas.  The defendant admitted to being illegally present in the United States without proper immigration documents allowing him to be in or remain in the United States.  At the time of his arrest, the defendant was in the United States illegally and had not received the permission of the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. On January 11, 2022, a Criminal Complaint, Docket No. 2:22-00072M, was filed in the United States District Court for the Western District of Texas, Del Rio Division, charging the defendant with Illegal Re-entry into the United States, in violation of 8 U.S.C. § 1326.   It should be noted that the defendant's term of supervised release was due to expire on March 31, 2023.

**U. S. Probation Officer Recommendation:** The term of supervision should be revoked.

Approved by,

_____
Russ G. Wiedenmeyer
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Cinnamon Ornelas
U.S. Probation Officer
Date:  January 24, 2022

Received by,

_____
Alan Buie
Assistant U.S. Attorney

[X] recommend        [ ] does not recommend        Justification:_____

Jose Pablo Vargas-Castillo
Petition for Warrant for
Offender Under Supervision
Page 3

==================================================================

**THE COURT ORDERS:**

[ ]  No Action

[X]  The Issuance of a Warrant

[ ]  The Issuance of a Summons

[ ]  Other

_____
Honorable Susan Hightower
US Magistrate Judge

 January 25, 2022
Date